# Nos. 24-1243, 24-1244

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

———————

The Trustees of Columbia University in the City of New York,

*Plaintiff-Appellee*,

v.

Gen Digital Inc., fka Symantec Corporation, fka NortonLifeLock, Inc.,

*Defendant-Appellant*,

Quinn Emanuel LLP,

*Sanctioned Party-Appellant*

———————

Appeals from the United States District Court for the Eastern District of Virginia in No. 3:13-cv-00808-MHL, Judge M. Hannah Lauck.

———————

### UNOPPOSED MOTION BY APPELLANT QUINN EMANUEL FOR AN EXTENSION OF TIME TO FILE ITS OPENING BRIEF

———————

Appellant Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") respectfully requests that the time for filing its opening brief on appeal, currently due February 6, 2024, be extended 59 days, to April 5, 2024. Fed. R. App. P. 26(b); Fed. Cir. R. 26(b). This motion is Quinn Emanuel's first extension request for its opening brief and is timely filed at least seven days before that brief is due. Appellant Gen Digital Inc. ("Gen Digital") and Appellee Trustees of Columbia

University in the City of New York do not oppose this motion and do not intend to file a response.

On December 22, 2023, Gen Digital filed an unopposed motion to extend the deadline for its opening brief on appeal in No. 24-1243 to April 5, 2024. Dkt.6. On December 28, 2023, this Court consolidated Gen Digital's appeal in No. 24-1243 with Quinn Emanuel's appeal in No. 24-1244. Dkt.13. Later that day, the Court granted Gen Digital's unopposed motion for an extension of time for its opening brief. But because that motion was filed before the appeals were consolidated, that extension did not automatically apply to the deadline for Quinn Emanuel's opening brief, necessitating this separate motion. Dkt.15.

Good cause exists for the requested extension, as aligning the deadline for Quinn Emanuel's opening brief on appeal with the deadline for Gen Digital's opening brief on appeal will serve judicial efficiency by ensuring an orderly briefing process for these consolidated appeals. In addition, Quinn Emanuel's lead counsel has a number of other professional obligations in the coming weeks, as reflected the attached declaration. Quinn Emanuel therefore respectfully requests that the Court grant its unopposed motion for an extension and extend the deadline for Quinn Emanuel's opening brief by 59 days to April 5, 2024.

                                                s/Paul D. Clement
                                                PAUL D. CLEMENT
                                                 *Counsel of Record*
                                                C. HARKER RHODES IV*
                                                JOSEPH J. DEMOTT
                                                706 Duke Street
                                                Alexandria, VA 22314
                                                (202) 742-8900
                                                paul.clement@clementmurphy.com

                                                *Supervised by principals of the firm who are members of the Virginia Bar

*Counsel for Appellant Quinn Emanuel Urquhart & Sullivan, LLP*

January 10, 2024

No. 24-1243, 24-1244

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

———————

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

*Plaintiff-Appellee*,

v.

GEN DIGITAL INC., fka Symantec Corporation, fka NortonLifeLock, Inc.,

*Defendant-Appellant*,

QUINN EMANUEL LLP,

*Sanctioned Party-Appellant*

———————

Appeals from the United States District Court for the Eastern District of Virginia in No. 3:13-cv-00808-MHL, Judge M. Hannah Lauck.

———————

## DECLARATION OF PAUL D. CLEMENT
## IN SUPPORT OF QUINN EMANUEL'S UNOPPOSED MOTION
## FOR AN EXTENSION OF TIME TO FILE ITS OPENING BRIEF

———————

I, Paul D. Clement, hereby declare:

1. I am a partner in the law firm Clement & Murphy, PLLC and lead counsel for Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") in this appeal.

2. I make this declaration in support of Quinn Emanuel's unopposed motion for an extension of time to file its opening brief on appeal.

3.　　Quinn Emanuel's opening brief on appeal is currently due February 6, 2024. With the requested extension, the brief will be due April 5, 2024.

4.　　Good cause exists for the requested extension because, in the coming weeks, I have multiple briefing deadlines, oral arguments, and other professional obligations.

5.　　I have conferred with counsel for Appellant Gen Digital Inc. and Appellee Trustees of Columbia University in the City of New York, and am informed that neither party opposes this motion or intends to file a response.

I declare under penalty of perjury under 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on: January 10, 2024

/s/Paul D. Clement
Paul D. Clement
*Counsel for Appellant Quinn Emanuel Urquhart & Sullivan, LLP*

FORM 9. Certificate of Interest | Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 24-1243, 24-1244

**Short Case Caption** Trustees of Columbia University v. Gen Digital Inc.

**Filing Party/Entity** Quinn Emanuel Urquhart & Sullivan, LLP

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 01/10/2024          Signature: s/Paul D. Clement

                          Name: Paul D. Clement

FORM 9. Certificate of Interest                                                    Form 9 (p. 2)
                                                                                    March 2023

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☑ None/Not Applicable |
| Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

FORM 9. Certificate of Interest                                         Form 9 (p. 3)
                                                                         March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable        ☐ Additional pages attached

| Christopher Michel | Quinn Emanuel Urquhart & Sullivan, LLP | |
|---|---|---|
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)    ☐ No    ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable        ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that the foregoing document complies with the type-volume limitations in Federal Rule of Appellate Procedure 27(d)(2)(A). According to the word count feature of Microsoft Word, the motion contains 292 words, excluding the exempted parts under Federal Rule of Appellate Procedure 32(f). The document has been prepared in a proportionally spaced typeface using Times New Roman in 14-point size.

January 10, 2024

s/Paul D. Clement
Paul D. Clement

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>s/Paul D. Clement</u>
Paul D. Clement