NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,**
*Plaintiff-Appellee*

v.

**GEN DIGITAL INC., fka Symantec Corporation, fka NortonLifeLock, Inc.,**
*Defendant-Appellant*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP,**
*Sanctioned Party-Appellant*

---

2024-1243, 2024-1244

---

Appeals from the United States District Court for the Eastern District of Virginia in No. 3:13-cv-00808-MHL, Judge M. Hannah Lauck.

---

**ON MOTION**

---

**O R D E R**

The Trustees of Columbia University in the City of New York ("Columbia") moves for an extension of time, until July 15, 2024, to file its response brief and to exceed the

word limit for that brief. ECF No. 34. Columbia states that appellants do not oppose the requested time extension and oppose the request for additional words.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The request for an extension of time is granted. No further extensions of time for the response brief should be anticipated.

(2) Appellants' response(s) to the remainder of Columbia's motion, requesting to exceed the word limit, remain due no later than May 6, 2024.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 26, 2024
Date