**Nos. 2024-1243, 2024-1244**

# United States Court of Appeals for the Federal Circuit

---

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

*Plaintiff-Appellee*

v.

GEN DIGITAL INC., FKA SYMANTEC CORPORATION, FKA NORTONLIFELOCK, INC.,

*Defendant-Appellant*

QUINN EMANUEL URQUHART & SULLIVAN, LLP.,

*Sanctioned Party-Appellant*

---

Appeal from the District Court for the Eastern District of Virginia in 3:13-cv-00808-MHL, Judge M. Hannah Lauck

---

**COLUMBIA'S CORRECTED UNOPPOSED REQUEST TO WAIVE THE LIMITATION OF FEDERAL CIRCUIT RULE 34(e)(2)**

---

GARRARD R. BEENEY
DUSTIN F. GUZIOR
STEPHEN J. ELLIOTT
ALEXANDER N. GROSS
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000

November 22, 2024

JEFFREY B. WALL
MORGAN L. RATNER
OLIVER ENGEBRETSON-SCHOOLEY
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW, Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500

*Counsel for Appellee The Trustees of Columbia University in the City of New York*

# CERTIFICATE OF INTEREST

Counsel for Appellee Trustees of Columbia University in the City of New York certifies the following:

1. **Represented Entities.** Provide the full names of all entities represented by undersigned counsel in this case. Fed. Cir. R. 47.4(a)(1).

    The Trustees of Columbia University in the City of New York

2. **Real Party in Interest.** Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. Fed. Cir. R. 47.4(a)(2).

    None.

3. **Parent Corporations and Stockholders.** Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. Fed. Cir. 47.4(a)(3).

    None.

4. **Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

    **Sullivan & Cromwell LLP:**
    Brittany Sonia Bruns, Christopher Alan Graham, Gillian Palmer Seaman, Jessica Rogers Ecker, Rohiniyurie Tashima, Steve Hsieh, Wen-Ying Angela Chang, William Rudolph Kleysteuber, IV

    **Irell & Manella LLP:**
    Crawford Maclain Wells, David I. Gindler, Douglas Allen Fretty, Gavin Snyder, Jason G. Sheasby, Michael Henry Strub, Jr., Richard M. Birnholz, Thomas Charles Werner, Xinlin Li

    **Spotts Fain PC:**
    Clay Sutton Hester, Dana Duane McDaniel, John Michael Erbach, Maurice Francis Mullins, Robert Michael Tyler

5. **Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

   - *The Trustees of Columbia University in the City of New York* v. *Gen Digital Inc.*, Federal Circuit Appeal No. 24-1244, appeal from Case No. 3:13-cv-00808-MHL in the United States District Court for the Eastern District of Virginia
   - *The Trustees of Columbia University in the City of New York* v. *Symantec Corporation*, Federal Circuit Appeal No. 15-1146, appeal from Case No. 3:13-cv-00808-JRS in the United States District Court for the Eastern District of Virginia
   - *The Trustees of Columbia University in the City of New York* v. *Symantec Corporation*, Consolidated Appeal Nos. 16-2551, 16-2554, 16-2630, 16-2631, appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00375, IPR2015-00377

6. **Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

   None.

Dated: New York, New York
November 22, 2024

/s/ *Garrard R. Beeney*
GARRARD R. BEENEY
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000

*Counsel for Appellee The Trustees of Columbia University in the City of New York*

## COLUMBIA'S UNOPPOSED REQUEST TO WAIVE THE LIMITATION OF FEDERAL CIRCUIT RULE 34(e)(2)

Appellee The Trustees of Columbia University in the City of New York (Columbia) respectfully requests permission under Federal Circuit Rule 34(e)(2) to have two counsel argue on its behalf in the oral argument in these consolidated appeals. This request is timely because oral argument has not yet been scheduled.

Although the appeals brought by Appellant Gen Digital Inc. (Norton) and Appellant Quinn Emanuel Urquhart & Sullivan, LLP (Quinn Emanuel) arise out of the same district court case, they are brought by separate counsel, appeal from different district court decisions, raise distinct issues, and Columbia understands that they will be argued by separate counsel.

Norton appeals from the district court's judgment holding it liable for patent infringement. Its briefs challenge numerous factual findings and legal rulings, including claim construction, infringement, patent eligibility, the damages award, willful infringement, enhanced damages, and the attorneys' fees award. Columbia understands that Norton's counsel from Latham & Watkins LLP will argue the appeal for Norton.

Quinn Emanuel appeals from the district court's decision holding it in contempt. Its briefs raise three separate issues about whether Quinn

Emanuel had a conflict of interest, how that conflict affected attorney-client privilege, and whether the district court made any procedural errors. Columbia understands that Quinn Emanuel's counsel from Clement & Murphy, PLLC, will argue the appeal for Quinn.

To permit Columbia's counsel to most efficiently prepare for oral argument in these consolidated appeals, each of which raise distinct issues, Columbia respectfully requests permission to have two counsel argue on its behalf. If the Court grants this motion, Dustin F. Guzior will argue on behalf of Columbia in the appeal brought by Norton (Appeal Number 24-1243) and Garrard R. Beeney will argue on behalf of Columbia in the appeal brought by Quinn Emanuel (Appeal Number 24-1244). Given that each of the appeals presents different issues and will be argued by separate counsel for each Appellant, Columbia believes that the Court and the parties would be best served by permitting two counsel to argue on Columbia's behalf to address these distinct, but related, appeals and to address arguments from two different lawyers for each Appellant.

Columbia does not seek any additional time beyond the total argument time allocated to each side of these consolidated appeals. If the Court grants this request, and depending on the arguments presented by Appellants,

Mr. Guzior and Mr. Beeney will decide whether and how to divide the total argument time allocated to Appellee.

Appellants Norton and Quinn Emanuel do not oppose the requested extension and do not intend to file responses.

Dated: New York, New York
November 22, 2024

                                                 <u>/s/ Garrard R. Beeney</u>
                                                 GARRARD R. BEENEY
                                                 DUSTIN F. GUZIOR
                                                 STEPHEN J. ELLIOTT
                                                 ALEXANDER N. GROSS
                                                 SULLIVAN & CROMWELL LLP
                                                 125 Broad Street
                                                 New York, New York 10004
                                                 Telephone: (212) 558-4000

                                                 JEFFREY B. WALL
                                                 MORGAN L. RATNER
                                                 OLIVER ENGEBRETSON-SCHOOLEY
                                                 SULLIVAN & CROMWELL LLP
                                                 1700 New York Avenue NW, Suite 700
                                                 Washington, D.C. 20006
                                                 Telephone: (202) 956-7500

                                                 *Counsel for Appellee The Trustees of*
                                                 *Columbia University in the City of*
                                                 *New York*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), it contains 436 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in 14-point font using a proportionally spaced typeface.

Dated: New York, New York
   November 22, 2024

>   */s/ Garrard R. Beeney*
>   GARRARD R. BEENEY
>
>   *Counsel for Appellee The Trustees of Columbia University in the City of New York*

# CERTIFICATE OF SERVICE

I certify that on November 22, 2024, I caused the foregoing Motion to be electronically filed with the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system. All parties are represented by registered CM/ECF users and will be served by the CM/ECF system.

Dated: New York, New York
November 22, 2024

/s/ Garrard R. Beeney
GARRARD R. BEENEY

*Counsel for Appellee The Trustees of Columbia University in the City of New York*