Nos. 24-1243, 24-1244

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

———————

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

*Plaintiff-Appellee*,

v.

GEN DIGITAL INC., fka Symantec Corporation, fka NortonLifeLock, Inc.,

*Defendant-Appellant*,

QUINN EMANUEL URQUHART & SULLIVAN, LLP,

*Sanctioned Party-Appellant*.

———————

Appeals from the United States District Court for the Eastern District of Virginia in No. 3:13-cv-00808-MHL, Judge M. Hannah Lauck

———————

## APPELLANT QUINN EMANUEL'S UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT

———————

Appellant Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") respectfully moves to reschedule the oral argument that this Court noticed earlier today for the above-captioned appeals on December 1, 2025, because Quinn Emanuel's counsel, Paul D. Clement, has a recently arising and immovable conflict on that date.

On Friday, October 17, 2025—just two business days ago—the United States Supreme Court issued its oral argument calendar for its December sitting. On that

calendar, the Supreme Court scheduled oral argument in *Cox Communications, Inc. v. Sony Music Entertainment*, No. 24-171 (U.S.), where Mr. Clement will be presenting oral argument for the respondents, for the morning of December 1, 2025. The Supreme Court also scheduled oral argument in *FS Credit Opportunities Corp. v. Saba Capital Master Fund, Ltd.*, No. 24-345, where Mr. Clement will be presenting oral argument for the respondents, for the morning of December 12, 2025.

As a result of the Supreme Court's scheduling two business days ago of oral argument in *Cox Communications* for the morning of December 1, 2025, Mr. Clement is no longer available to argue for Quinn Emanuel in the above-captioned cases on that date. Quinn Emanuel therefore respectfully requests that this Court reschedule the oral argument in the above-captioned cases, so that Quinn Emanuel can be represented by its counsel of choice at oral argument.

Quinn Emanuel's counsel has conferred with counsel for Defendant-Appellant Gen Digital Inc., fka Symantec Corporation, fka NortonLifeLock, Inc. and Plaintiff-Appellee Trustees of Columbia University in the City of New York, and is informed that neither party opposes this motion or intends to file a response. Quinn Emanuel's counsel is further authorized to represent that all parties' counsel are available for oral argument on February 3-6, 2026.

          Respectfully submitted,

          <u>s/Paul D. Clement</u>
          PAUL D. CLEMENT
           *Counsel of Record*
          C. HARKER RHODES IV
          JOSEPH J. DEMOTT
          706 Duke Street
          Alexandria, VA 22314
          (202) 742-8900
          paul.clement@clementmurphy.com

*Counsel for Appellant Quinn Emanuel Urquhart & Sullivan, LLP*

October 21, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. Pursuant to agreement, the confidential version of the foregoing was also served on counsel for all parties by electronic mail.

<u>s/Paul D. Clement</u>
Paul D. Clement

## CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 287 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f) and Federal Circuit Rule 27(d).

2. This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because the brief has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

October 21, 2025

s/Paul D. Clement
Paul D. Clement