NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,**
*Plaintiff-Appellee*

v.

**GEN DIGITAL INC., FKA SYMANTEC CORPORATION, FKA NORTONLIFELOCK, INC.,**
*Defendant-Appellant*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP,**
*Sanctioned Party-Appellant*

---

2024-1243, 2024-1244

---

Appeals from the United States District Court for the Eastern District of Virginia in No. 3:13-cv-00808-MHL, Judge M. Hannah Lauck.

---

**SUA SPONTE**

---

PER CURIAM.

**O R D E R**

2      TRUSTEES OF COLUMBIA UNIVERSITY v. GEN DIGITAL INC.

IT IS ORDERED THAT:

Appeal No. 24-1243 is hereby deconsolidated from Appeal No. 24-1244 for the purposes of oral argument. Oral argument in the two appeals will be heard separately on the scheduled hearing date with 30 minutes allowed for oral argument in each appeal, the time to be divided equally by the parties.

The parties shall file amended responses to notice of oral argument within 7 days from the date of this order. The amended responses for both appeals should only be filed in the lead appeal.

FOR THE COURT

December 11, 2025
Date

Jarrett B. Perlow
Clerk of Court