NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,**
*Plaintiff-Appellee*

**v.**

**GEN DIGITAL INC., FKA SYMANTEC CORPORATION, FKA NORTONLIFELOCK, INC.,**
*Defendant-Appellant*

---

2024-1243

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 3:13-cv-00808-MHL, Judge M. Hannah Lauck.

------------------------------------------

**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,**
*Plaintiff-Appellee*

**v.**

**GEN DIGITAL INC., FKA SYMANTEC CORPORATION, FKA NORTONLIFELOCK, INC.,**
*Defendant*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP,**
*Sanctioned Party-Appellant*

---

2024-1244

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 3:13-cv-00808-MHL, Judge M. Hannah Lauck.

---

**SUA SPONTE**

---

Before DYK, PROST, and REYNA, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

Appeal Nos. 2024-1243 and 2024-1244 are deconsolidated. The revised official captions are reflected above.

FOR THE COURT

March 11, 2026
Date

Jarrett B. Perlow
Clerk of Court