# United States Court of Appeals
# for the Federal Circuit

---

**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,**

*Plaintiff-Appellee*

v.

**GEN DIGITAL INC., FKA SYMANTEC CORPORATION, FKA NORTONLIFELOCK, INC.,**

*Defendant-Appellant*

---

2024-1243

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 3:13-cv-00808-MHL, Chief Judge M. Hannah Lauck.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED-IN-PART, VACATED-IN-PART, AND REMANDED**

FOR THE COURT

March 11, 2026
Date

Jarrett B. Perlow
Clerk of Court