NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,**
*Plaintiff-Appellee*

**v.**

**GEN DIGITAL INC., FKA SYMANTEC CORPORATION, FKA NORTONLIFELOCK, INC.,**
*Defendant-Appellant*

---

2024-1243

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 3:13-cv-00808-MHL, Chief Judge M. Hannah Lauck.

---

**ON PETITION FOR PANEL REHEARING**

---

Before DYK, PROST, and REYNA, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Trustees of Columbia University in the City of New York filed a petition for panel rehearing. A response was invited by the court and filed by Gen Digital Inc.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

FOR THE COURT

<u>May 14, 2026</u>
Date

Jarrett B. Perlow
Clerk of Court